■ LONG ISLAND COLLEGE HOSPITAL v. M. P. CATHERWOOD, as Industrial Commissioner of the State of New York, et al.— Motion granted only to the extent of permitting movants to serve and file briefs amici curiæ on or before June 15, 1966. Reply briefs, if any, are to be served and filed on or before June 20, 1966. Greater New York Hospital Association, Inc., is permitted to reproduce said brief by xerography on white Xerox paper (CPLR 5529, subd. [a], par. 3). The application of movants is in all other respects denied. Concur — Stevens, J. P., Eager, Steuer and Capozzoli, JJ.

(Republished)

■ DOMINICK J. GAVIN, Respondent, v. RENTWAYS, INC., et al., Appellants. — Order, entered on December 13, 1965, unanimously affirmed, with $30 costs and disbursements to the respondent. The order of this court, entered on June 2, 1966, is vacated. No opinion. Concur — Botein, P. J., McNally, Eager, Steuer and Capozzoli, JJ.